RECEIVED
06 JAN -5 PM 1:50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PROTRADE SPORTS, INC.,

    Plaintiff(s),

v.

NEXTRADE HOLDINGS, INC.,

    Defendant(s).

CASE NO. C-05-4039-BZ

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Richard E. Fee, Esq., an active member in good standing of the bar of State of Florida, whose business address and telephone number is 101 East Kennedy Blvd., Tampa, Florida 33602, (813) 229-8008, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing NexTrade Holdings, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6 Jan 06

                                             United States District Judge
                                             Judge Zimmerman